James D. Weakley, Esq.　　　Bar No. 082853
Erica M. Camarena, Esq.　　Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, SCOTT JACKSON, ADAM McEWEN, PATRICK MAJESKI, TILLY ZARAGOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| HER VANG; NENG YANG;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MADERA COUNTY SHERIFF'S DEPUTIES SCOTT JACKSON, ADAM McEWEN, P. MAJESKI; MADERA COUNTY CHILD PROTECTIVE SERVICES OFFICER TILLY ZARAGOZA; DOES 1-20;<br><br>　　　　Defendants.<br>_____ | CASE NO.  CIV-F-04-5509 REC LJO<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>[Federal Rule of Civil Procedure 41(a)(1)] |

　　　It is hereby stipulated by and between Plaintiffs HER VANG and NENG YANG and Defendants Madera County Sheriff Deputies SCOTT JACKSON, ADAM McEWEN, PATRICK MAJESKI, Madera County Child Protective Services Officer, TILLY ZARAGOZA, and DOES 1-20 that the above entitled action shall be dismissed in its entirety as to all claims, with prejudice, under Federal Rules of Civil Procedure 41(a)(1).

//

//

---

Stipulation to Dismiss Action With Prejudice

1  It is also stipulated that all costs and attorneys fees incurred by the County of Madera in
2  defending this action on behalf of their County employees, will be waived.

5  DATED: April 20, 2005    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

7  By:   /s/ James D. Weakley
       James D. Weakley
8      Attorney for Defendants,
       SCOTT JACKSON, ADAM McEWEN,
9      PATRICK MAJESKI, TILLY ZARAGOZA

11 DATED: April 20, 2005    JAMES HOLLAND, ATTORNEY AT LAW

13 By:   /s/ James C. Holland
       James Holland
14     Attorney for Plaintiffs

**ORDER**

**IT IS SO ORDERED**.

20 DATED __April 26, 2005_    /s/ ROBERT E. COYLE
                              ROBERT E. COYLE
21                            U.S. DISTRICT JUDGE